

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00464-CV

| | | |
|---|---|---|
| In the Interest of R.R., a minor child | § | From County Court at Law |
| | § | of Hood County (CL213104) |
| | § | August 14, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant C.R. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel_____
    Justice Lee Gabriel